Dismissed and Memorandum Opinion filed November 6, 2003









Dismissed and Memorandum Opinion filed November 6,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00986-CV

____________

 

THE GROCERS SUPPLY PRODUCE
COMPANY, INC., Appellant

 

V.

 

CARL MILLER, Appellee

 



 

On Appeal from the 270th
District Court

Harris County, Texas

Trial Court Cause No. 02-08160

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed July 15, 2003.  On October 27, 2003, appellant filed a motion
to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 6, 2003.

Panel consists of Justices Yates,
Hudson, and Fowler.